UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| ALEXANDER PRIEL, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-cv-00540 |
| | ) |
| vs. | ) PLAINTIFF'S COMPLAINT |
| | ) AND DEMAND FOR JURY TRIAL |
| FIRST COLLETION SERVICES, | ) |
| | ) |
| Defendant. | ) |

### VERIFIED COMPLAINT

ALEXANDER PRIEL, ("Plaintiff"), through the undersigned counsel, Katharina Devanney, alleges the following against FIRST COLLECTION SERVICES , ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Ohio, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

### PARTIES

6. Plaintiff is a natural person residing in Westlake, OH.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company, with its corporate office located at: First Collection Services, 10925 Otter Creek East Boulevard, Mabelvale, AR 72103.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

### FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for the alleged debt.

12. Defendant calls Plaintiff from telephone numbers (501) 320-2460, (501) 320-2461 and (480) 747-9849 seeking and demanding payment for the alleged debt.

13. Defendant places telephone calls without meaningful disclosure of the caller's identity as Defendant does not state the name of its company.

14. Defendant fails to identify itself as a debt collector in subsequent communications.

15. Defendant has caused Plaintiff personal phone to ring and has engaged Plaintiff in telephone conversations repeatedly.

16. Plaintiff submitted to the Defendant a Cease and Desist Letter and thereafter the Defendant continued to call.

17. The Defendant employee name was Triea Ellis.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b.) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c.) Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant does not state the name of its company.

   d.) Defendant violated *§1692c(a)(1)*of the FDCPA by communicating with Plaintiff at such place and time known or

which should have been known to be inconvenient to Plaintiff.

e.) Defendant violated §1692b(1) of the FDCPA by contacting persons other than Plaintiff and failing to identify him/herself and failing to state the he/she is confirming or correcting location information concerning Plaintiff.

f.) Defendant violated §1692b(2) of the FDCPA by stating that the Plaintiff owes a debt in communications with persons other than Plaintiff.

g.) Defendant violated §1692b(3) of the FDCPA by contacting a person other than Plaintiff more than once in communications with persons other than Plaintiff.

WHEREFORE, Plaintiff, ALEXANDER PRIEL, respectfully requests judgment be entered against Defendant, FIRST COLLECTION SERVICES, for the following:

  a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

  b. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

  c. Actual damages,

  d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ALEXANDER PRIEL, demands a jury trial in this case.

This 13th day of March, 2013.

                         BY:      */s/ Katharina Devanney*
                                   KATHARINA DEVANNEY (0070197)
                                   6509 Brecksville Road
                                   P.O. box 31455
                                   Independence, Ohio 44131
                                   Phone: (330) 697-4575
                                   Email: trina@devanneylaw.com

                                   *Attorney for Plaintiff*

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891