UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| ALEXANDER PRIEL, | ) |
| Plaintiff, | ) Case No.: 13-cv-00540 |
| vs. | ) |
| FIRST COLLECTION SERVICES, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ALEXANDER PRIEL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 20th day of June, 2013.

BY:        /s/ Katharina Devanney
KATHARINA DEVANNEY
6509 Brecksville Road
P.O. Box 31455,
Independence, OH 44131.
Phone: (330) 697-4575
Email: trina.devanney@yahoo.com

*Attorney for Plaintiff*

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891