UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER PRIEL, | ) | Case No. 1:13 cv 540 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| FIRST COLLECTION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. The parties may file any additional documentation evidencing the settlement within 30 days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                              _/s/Donald C. Nugent___
                                              DONALD C. NUGENT
                                              United States District Judge

DATE: _July 17, 2013_____