# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| ALEXANDER PRIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:1:13-CV-00540-DCN |
| | ) |
| FIRST COLLECTION SERVICES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, the Plaintiff, ALEXANDER PRIEL, by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, FIRST COLLECTION SERVICES (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 25th day of September, 2013.

BY: /s/ Katharina Devanney
KATHARINA DEVANNEY
1894 Thornhill Drive
Akron, OH 44313
Phone: (330) 697-4575
Email: trina.devanney@yahoo.com

*Attorney for Plaintiff*

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891